**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 19-10032 |
| ) | |
| **JACOB R. SCHULTZ,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 18, 2021, Magistrate Judge Jonathan E. Hawley filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 23). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1 and 2 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for June 1, 2021, at 10:00 AM in Peoria before Judge Michael M. Mihm.

ENTERED this 12th day of March, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge